MARY BLOOMER, Respondent, *v.* THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.

*Bloomer* v. *St. Paul Fire & Marine Ins. Co.*, 127 App. Div. 919, affirmed.
(Argued November 19, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 18, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*Sydney H. Palmer* and *Solomon J. Rosenblum* for appellant.

*Nathan P. Bushnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGH1, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.